# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORIE MENDEZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BANK OF AMERICA, N.A.,<br><br>　　　　Defendant. | CASE NO. 1:17-cv-01509-LJO-SAB<br><br>**ORDER GRANTING STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

The Court, after consideration of the stipulated request to extend time to respond to the First Amended Complaint, filed on January 25, 2018 (Dkt. No. 17), and good cause appearing there, GRANTS the stipulated request to extend the time for Bank of America, N.A. to respond to Plaintiff's First Amended Complaint. Bank of America, N.A.'s response shall be due on or before February 9, 2018.

IT IS SO ORDERED.

Dated: __**January 25, 2018**__　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1